UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERNEST LAMONT SAMPSON,

          Petitioner,

-vs-                                            Case No. 8:04-cv-1123-T-24TBM

JAMES V. CROSBY, JR.,

          Respondent.
_____/

**O R D E R**

This Court denied Petitioner's petition for writ of habeas corpus. Petitioner has filed a Notice of Appeal. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

1. That Petitioner's construed request for a certificate of appealability (Doc. No. 20) is denied.

2. That Petitioner's motion for leave to appeal in forma pauperis (Doc. No. 21) is denied.

ORDERED at Tampa, Florida, on November 17, 2005.

>                    *Susan C. Bucklew*
>                    SUSAN C. BUCKLEW
>                    United States District Judge

Counsel of Record

Ernest Lamont Sampson, Pro se